Ryan Baker (Bar No. 214036)
 *rbaker@bakermarquart.com*
Jaime Marquart (Bar No. 200344)
 *jmarquart@bakermarquart.com*
Baker Marquart, LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Attorneys for Plaintiff FilmOn, Inc.

Robert H. Platt (Bar No. 108533)
 rplatt@manatt.com
Mark S. Lee (Bar No. 094103)
 mlee@manatt.com
Seth Reagan (Bar No. 279368)
 sreagan@manatt.com
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Defendant Aereo, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| FILMON, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEREO, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV13-00912 ABC(JCx) <br><br> **JOINT STIPULATION TO DISMISS COMPLAINT** <br><br> **[PROPOSED] ORDER SUBMITTED CONTEMPORANEOUSLY** <br><br> Hon. Audrey B. Collins <br> Crtrm.: 680 <br><br> Complaint filed February 7, 2013 |

**STIPULATION**

WHEREAS, plaintiff FilmOn, Inc. ("FilmOn") filed a complaint against defendant Aereo, Inc. ("Aereo" and, with FilmOn, the "Parties");

WHEREAS, the Parties have settled the disputes that gave rise to this action;

WHEREAS, FilmOn wishes to dismiss this action, the Parties bearing their own costs;

THEREFORE, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, the Parties, through their respective counsel, hereby stipulate that all of FilmOn's claims against Defendants as articulated in the complaint on file in this action shall be, and hereby are, dismissed in their entirety with prejudice, each party to bear its own fees and costs.

Dated: May 17, 2013         BAKER MARQUART LLP

By: /s/ Ryan G. Baker
    Ryan G. Baker
    Jaime W. Marquart

    Attorneys for Plaintiff FilmOn, Inc.

Dated: May 17, 2013         MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Robert S. Platt
    Robert S. Platt
    Mark S. Lee

    Attorneys for Defendant Aereo, Inc.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that the other signatories listed, and on whose behalf this document is filed, concur in the document's content and have authorized its filing on their behalf.